**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| wedi Corp.<br><br>    Plaintiff(s),<br><br>vs.<br>Hydroblok Grand International Ltd.,<br>Hydroblok Grand International Inc., and<br>Hydro-Blok USA LLC<br>    Defendant(s). | Case # 2:22-cv-00457-APG-BNW<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

    <u>  Daniel J. Becka  </u>, Petitioner, respectfully represents to the Court:
      (name of petitioner)

  1. That Petitioner is an attorney at law and a member of the law firm of

<u>    Law Offices of Daniel J. Becka, LLC    </u>
          (firm name)

with offices at <u>   30 N. LaSalle Street, Suite 2727   </u>,
          (street address)

<u> Chicago </u>, <u> Illinois </u>, <u> 60602 </u>,
  (city)       (state)     (zip code)

<u> (312) 646-1092 </u>, <u> dan@dbeckalaw.com </u>.
(area code + telephone number)   (Email address)

  2. That Petitioner has been retained personally or as a member of the law firm by

<u>   wedi Corp.   </u> to provide legal representation in connection with
   [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **November 10, 1988** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Illinois** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing. See additional pg. 6.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of Illinois | November 17, 1989 | 6202427 |
| Central District of Illinois | September 29, 2021 | 6202427 |
| Northern District of Florida | July 17, 1998 | 137601 |
| Eastern District of Michigan | June 28, 1996 | N/A |
| U.S. Court of Appeals for the Seventh Circuit | October 11, 2002 | 6202427 |
| Eastern District of California | January 18, 2022 | 182914 |
| See additional pg. 6 | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Illinois_____ )
                              )
COUNTY OF _____Cook_____ )

_____Daniel J. Becka_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

25th day of February, 2022.

_____
Notary Public or Clerk of Court

BLANCA E. SALDIVAR
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires Aug 13, 2025

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Kimberley A. Hyson_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____6600 Amelia Earhart Court, Suite C_____
(street address)

_____Las Vegas_____, _____Nevada_____, _____89119_____
(city)                  (state)              (zip code)

_____(702) 805-8450_____, _____khyson@joneslovelock.com_____
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Kimberley A. Hyson__ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

wedi Corp. (By: Bastian Lohmann, VP Marketing & Sales)
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11611                    khyson@joneslovelock.com
Bar number               Email address

APPROVED:

Dated: this __15th__ day of __March__, 20 __22__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

3. (Continued). That since <u>April 3, 1998</u>, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the <u>State of Florida</u> where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing

That since <u>June 13, 1996</u>, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the <u>State of California</u> where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. (Continued). That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| COURT | DATE ADMITTED | BAR NUMBER |
|---|---|---|
| **U.S. Court of Appeals for the Ninth Circuit** | 5/14/1996 | 182914 |
| **U.S. Court of Federal Claims** | 11/22/1996 | N/A |
| **Central District of California** | 1/8/1997 | 182914 |

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Daniel James Becka

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/1988 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 29th day of September, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**DANIEL JAMES BECKA**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on APRIL 23, 1998, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this FEBRUARY 22, 2022.

_____
Clerk of the Supreme Court of Florida

# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

February 22, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANIEL JAMES BECKA, #182914 was admitted to the practice of law in this state by the Supreme Court of California on June 13, 1996 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records