# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WEDI CORP., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>HYDROBLOK GRAND INTERNATIONAL LTD., a Canadian corporation; HYDROBLOK GRAND INTERNATIONAL INC., a Nevada corporation; and HYDRO-BLOK USA LLC, a Washington limited liability company,<br><br>Defendants. | C23-0452 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff wedi Corp.'s motion to seal, docket no. 88, is GRANTED as follows. Unredacted versions of Exhibits A, C, D, E, M, N, and O to the Declaration of Justin C. Kanter, docket nos. 93–99, shall remain under seal. Redacted versions of these materials, docket nos. 88-2 – 88-7, were contemporaneously filed, and defendants have not asserted that these publicly-available documents were not sufficiently redacted or should be sealed. *See* Defs.' Resp. (docket no. 107). Instead, defendants have provided redacted versions that they wish to substitute for the unredacted exhibits. The requested substitution is not permitted, *see* Fed. R. Civ. P. 79, but defendants' redacted versions, docket nos. 107-1 – 107-6, have been made part of the record.

(2) Defendants' unopposed motion to seal, docket no. 100, is GRANTED as follows. Exhibit A to the Declaration of Brian Dunn, docket no. 101, which is an unredacted copy of the Central Securities Register for Hydroblok Grand International Ltd., a Canadian company, shall remain under seal. To the extent, however, that the

MINUTE ORDER - 1

Court must, in deciding the pending motion, docket no. 57, to retransfer this case to the District of Nevada, or any other motion in this matter, quote from, discuss information contained in, or cite to the Central Securities Register, the Court will not seal or redact that portion of its ruling.

      (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 3rd day of November, 2023.

                                  Ravi Subramanian
                                  Clerk

                                  s/Laurie Cuaresma
                                  Deputy Clerk

MINUTE ORDER - 2